UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

MICHAEL DODD, aka "Michael Stanley,"
KENNETH ARDELL LANDGAARD and
JAMES ROBERT SHIPMAN, JR.,

          Defendants.

- - - - - - - - - - - - - - -X

UNSEALING ORDER

Docket No. 15-M-626

     Upon the application of KELLY T. CURRIE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jack Dennehy for an order unsealing the complaint and arrest warrant in the above-captioned matter.

     WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed as to all defendants.

Dated:    Brooklyn, New York
           July 8, 2015

                                    HONORABLE LOIS BLOOM
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK